UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALEXA BRENNEMAN | : | CASE NO: |
| individually, and on behalf of all those similarly situated, | : | JUDGE |
| | : | |
| **Plaintiff,** | : | |
| vs. | : | |
| CINCINNATI BENGALS, INC. | : | |
| **Defendant.** | : | |

1. The undersigned hereby consents to joining the above-captioned action to bring a claim under the Fair Labor Standards Act ("FLSA") and Ohio law against my current/former employer, the Cincinnati Bengals, Inc. ("Defendant") to recover unpaid minimum wages.

2. During the time that I worked for Defendant, I was paid less than minimum wages for all hours worked.

3. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 2/7/2014    Signature: *Alexa Brenneman*

Print Name: Alexa Brenneman

EXHIBIT A