# CINCINNATI BEN-GAL RULES

**Practice and Games**

1. Practices are held promptly at 7:00 and ending between 9:30-10:00 pm every Tuesday and Thursday through the end of the season. Practice in the gym or outside will start promptly at 7:00, therefore weights will need to be taken prior to start time.

2. There will be 3 practices per week in the month of July/August prior to the pre-season games.

3. You may only miss 4 practices the entire season. Two tardy practices equal an absence. 16 minutes (or more) late equals an absence. Technically, 4 absences and 1 tardy can be missed. A total of 5 absences results in termination. Exemption: Your wedding. 1 practice week (meaning 2 practices) will be excused. If your wedding is during the summer and you miss a mandatory practice, it will not count against you. If a game is missed due to the wedding, rule #7 applies.

4. You are expected to attend ALL mandatory practices. Missing mandatory practices will result in the following:

   - If you miss a mandatory, non game week practice, you will sit out 1 game.
   - If you miss a mandatory practice, during game week, you will sit out 2 games.
   - If you miss 2 mandatory, non game week practices, you will sit out 2 games.
   - If you miss 2 mandatory, game week practices, you will sit out 3 games.
   - Sitting out 3 games is the most you can miss.

5. If for any reason you opt to leave the team mid season you will not be able to try out the following year.

6. You **MAY NOT** miss any practices the week before a game! Participation is mandatory at practice. Less than 100% participation (example: mocking leaps, turns, dances, etc.) or sitting on the sideline with an injury or illness does not mean participation.

7. Special circumstances that result in missing more than the allotted 4 excused absences must be discussed with the director. Individuals wanting to tryout the following year must continue to participate at practices and charity events throughout the current season.

8. Not participating at any given practice (this includes pre-game) results in an absence. **Last minute changes at practice or before a game will be made.** This rule applies during a game. If an illness occurs on the field during the game, your captain will dismiss you. **Only** if an emergency occurs, quietly exit the field in a professional manner and a field assistant will help you into the locker room. Sitting on the sideline is unacceptable! Leaving the field during the game for any reason is a game missed.

EXHIBIT B

9. **Charities-** Every cheerleader is required to sign up for a minimum of 12 charity events during the season in order to be chosen for paid job and appearances. A mix of rookies and veterans are expected to participate in every charity event. For those of you trying out the following year you will be required to do an additional 3 appearances during the off season. To be considered for the first game, vets are required to have completed 3 charity appearances by August 1st and 5 by September 10th.

10. **Fitness Program-** An overall fit physique is very important to maintain throughout the season.
    - Scale weight is recorded twice per week. This data is collected to determine ideal weight.
    - You are given a 3 lb leniency weight. (example- if your goal weight is 114, you are allowed to weigh in at 117 without being considered over)
    - Weight is a constant evaluation process throughout the season your scale weight is taken into consideration along with overall body appearance to determine cheer eligibility.
    - If you are over your 3 lb leniency weight, you will be required to stay 30 minutes after practice for extra conditioning. Additionally, at management's discretion, you can/will be pulled from your position and possibly not considered for charity/paid events.
    - Ideal Weight and recommendations for physique improvements will be provided in Glamour Evaluation. Achieving these expectations is required. Failure to comply with evaluation may result in missed games and/or performance events.
    - Each practice will include cardio, toning, and stretching. Full participation is expected.
    - Discounted gym memberships will be available for training outside of practice.
    - Nutrition guidelines are also provided. Guidelines will be based on Food Pyramid that will include suggestions for meals, snacks, and selections when dining out. Maintaining your goal weight should be done so in a healthy manner. See Fitness Coach for any tips or advice.
    - Focus on your **OWN** weight and do not compare your weight with other girls. Each weight is determined individually.
    - If you are benched for weight violations for more than two games and/or team events, you will be put on weight probation for three weeks. During the probation period, you will be under strict evaluation. <u>If no improvements are shown, you can/will be dismissed from the team</u>. Upon notification of probation, you must turn in your uniform. In addition, you cannot represent the team in charity events, suites or paid appearances. If probationary requirements are met within the three week timeframe, your uniform will be returned. If probationary requirements are NOT met in the three week timeframe, your uniform deposit will be returned.

11. **Promptness** is a MUST!!

    - Pre-game practice is determined prior to each game. If you are late or not ready for pre-game practice (example: not dressed in game day practice gear or getting treatment), you will not cheer.
    - All fittings with the seamstress apply to the above. A late fitting, counts as a tardy and a missed fitting, counts as an absence.
    - Charity events and other jobs or functions apply to the above. Being late counts as a tardy and a miss or cancellation counts as an absence. You are responsible for finding a replacement if need be.
    - All scheduled appointments with officers (captain, choreographer, etc.) apply to the above. Being late to a meeting with an officer counts as a tardy; a missed appointment with an officer without due notice to reschedule counts as an absence. Due notice means at least one day notice. If a same-day appointment is called, due notice is 2 hours.

12. **Attitude and Behavior**
    - The Cincinnati Ben-Gals do more outside appearances than on the field appearances. When at a Bengal represented event, your behavior should uphold the integrity of the organization at ALL TIMES. No individual self attention type behavior will be acceptable or excusable. You are now in the public eye. Moral decisions and professional behavior/appearance must be upheld.
    - Absolutely no talking among yourselves during teaching. Strict attention and concentration are required at all times. <u>We are only as good as our weakest link!</u> Work with each other, not against each other, and stay positive with constructive criticism. Please respect those in authority and each other.
    - Practice and games are working sessions. Give 100% and don't just go through the motions or your position may be replaced or lost. 24 ladies cheer but less will be taken as necessary.
    - Insubordination- Webster defines this word as "not submitting to authority; disobedient" Syn. Rebellious, mutinous, defiant. **Insubordination to even the slightest degree <u>IS ABSOLUTELY NOT TOLERATED!!! You will be benched or dismissed!!!</u>**
    - Authority- **ABSOLUTELY NO ARGUING OR QUESTIONING THE PERSON IN AUTHORITY!!!** The person in authority is considered the person in charge and demands your respect. Authority includes: Director, Head Coach, Asst Coach, Side Captains, Captains, Choreographers, Hair and Makeup Artist, Dressing Room Assistants, Field Assistants, Event Coordinators, etc.

13. IMMEDIATE DISMISSAL:

- Going into the Bengals locker room. This is completely off limits!! If anyone goes into the locker room for any reason at any time- **YOU WILL BE DISMISSED FROM THE TEAM!!** There will be absolutely **NO EXCEPTIONS**.
- No fraternizing with the Bengals players or Bengals personnel. This includes any personal invitations.
- Illegal drug use at any time.
- Dancing or performing with any other group, participating in beauty pageants, modeling lingerie, or bathing suits, adult entertainment, etc.
- Wearing uniform (including taking pictures) or doing a paid job affiliated with the Bengals without being cleared with the director and/or the Cincinnati Bengals.
- Teaching outside Bengals affiliation. All dances and cheers are the property of the Cincinnati Bengals. The dances and cheers are not to be used or taught for any reason outside the team. NO exceptions.

**IF YOU ARE DISMISSED FROM THE TEAM FOR ANY REASON, YOU WILL NOT BE PERMITTED TO TRY OUT IN THE FUTURE FOR THE CINCINNATI BEN-GALS.**

14. **Appearance-** Professional attire and glamour is expected at ALL TIMES!!
    - Well groomed hair and makeup is expected at ALL TIMES (practices performances, appearances)! Media may appear at any time.
    - No gum chewing, smoking, drinking alcoholic beverages while representing the Bengals at any function, job, or charity event. You will be dismissed as necessary.
    - No panties are to be worn under practice clothes or uniform, not even thong panties. Wear pantyhose to match skin tone (L'eggs). No Danskins/Dance type tights. No control top at practices or games. No exposed skin at ankles – pantyhose must extend down into socks.
    - No slouching breasts. Support as needed. Black or nude seamless bra mandatory for games. (No lace)
    - **No tattoos exposed at any time.** Covering with band-aids is unacceptable. Covering all tattoos exposed is mandatory prior to every event including practice. Disciplinary action will be taken.
    - **No belly button rings, additional body piercing**, jewelry or glitter to be worn with uniform. This includes practices, jobs, functions, charity events, etc. Jewelry is to be kept at a minimum. Exceptions: wedding band, stud earrings (none dangling or bigger than earlobe size), and a watch (not during games or events with uniform). Disciplinary action will be taken after 1 verbal reminder.
    - Stay away from frosted lip sticks and eye shadows. Management will determine your proper color analysis.

- No glasses, contacts only. Contacts must be worn at all times. Unless a problem occurs and has been cleared and approved by management.
- No curlers. Hair must be neat and out of face on every occasion. Glamour is a priority!
- A change of hair and makeup is required as Director feels necessary. Professional hair stylist and Makeup Artist will work with you to achieve desired look.
- Rehearsal Attire- spandex shorts and spandex bras on Tuesdays and Thursdays. White (below the ankle) socks. No extra clothing permitted (example: jackets, warm ups, etc.). Bring practice and game poms to all practices. You will also need to bring a pair of "running/workout" shoes for conditioning session. These sessions are included in every practice and will be strenuous. Dance shoes may cause injuries and 100% participation is required. Rules apply as above for practice participation, because this is not an optional session.

15. Attire and Uniforms

- Charity Event Attire - Arrive to events either in a dressy outfit or in issued attire as instructed. Reminder: **NO tattoos or body piercings are to be exposed at any time as stated above**. There are no exceptions!! Do not wear excess jewelry, colored gym shoes etc. This will not be tolerated and you will be sent home.
- Game Attire- A game day pack list will be provided, however, you must still listen for announcements on specific uniforms that are mandatory for particular game. You **WILL NOT** cheer without proper attire, so be sure you know what is being worn that day.
- Uniforms- worn only at games or with permission at appearances through Director.

    1. A uniform deposit will be collected at time of issuance. This deposit will be returned to you upon management's receipt and approved inspection of issued uniform pieces at the end of the season of your last year.
    2. No pins or objects shall be placed on uniform unless Director or seamstress approves.
    3. Bengal seamstress only makes alterations and designated meeting time. If alterations need to be made, seamstress must be given ample amount of time prior to game week.
    4. Follow special care instructions given by seamstress. Keep poms away from heat (do not leave in car trunk or sunlight.) Damage or negligence is your responsibility and a fee will be given. A fee will be collected for uniforms that are not turned in on time at the end of the season.

16. **Stadium-**

- Practices are closed. No visitors, including past team members and staff are permitted in team practices. Cheerleaders **ARE NOT** permitted to give gate security code to anyone.

- Parking at stadium will be in tunnel only. No parking in front of garage doors, by fence areas, in Bengals Player designated parking spots or in medical parking area. This is at all times including practice days.
- Upon entering stadium, no loitering around security or vending area. This includes waiting on players for autographs.
- No visitors in the locker room/practice area unless cleared in advance with Director.
- Rehearsal- change into practice clothes in locker room, or bathroom before scheduled practice time. NO EXCEPTIONS on late arrivals.
- No leaving the locker room after arriving on game day.
- Bring water and nourishments as needed. Please use the bathroom before practice time.
- No part of uniform is to be worn to/from stadium or events. In other words, DO NOT WEAR UNIFORM WHILE TRAVELING IN A MOTOR VEHICLE.
- Pre-game- be ready to go when locker room attendants' call. You may not stop and talk with ANYONE on your way to or from the locker room.
- Absolutely no one is permitted to go into the back closet in the gym. This area is completely off limits unless instructed.

17. **Internet-**

    - Social Networking- Accounts with Twitter, Facebook, or other types of personal social networking websites are permitted, however, content on these sites must remain tasteful and representative of the organization. In order to help maintain the reputation we've worked so hard to build, Deanna (Patterson) Hazeley (D34NN4_P on Twitter) MUST be saved as a friend or approved to follow, even on accounts marked "Private." Accounts will be monitored randomly and if at any time subject matter needs to be removed, you will be notified via phone call and expected to comply immediately. Your status updates are a constant reflection of the squad so please be careful what you post in the heat of the moment. You may be asked to remove your social networking site if it becomes an issue.
    - Video Uploading- Absolutely no Ben-Gal material or personal/private Ben-Gal footage is permitted to be uploaded. Included but not limited to YouTube and Facebook.
    - Website Pictures- All pictures submitted for Bengals.com need to be approved by management. No photo material is permitted to be sent directly to the web master.

**ALL DISCIPLINARY ACTION IS SUBJECT TO CHANGE AT DIRECTOR'S DISCRETION.**

Remember: You are now in an elite professional organization. You are a role model for the community and must conduct yourself in a professional manner. Your positive contribution and overall presentation will secure a position with the Cincinnati Bengals.