**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| ALEXA BRENNEMAN, | : | Case No. 1:14-CV-00136 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | **JOINT MOTION FOR PRELIMINARY** |
| CINCINNATI BENGALS, INC., | : | **APPROVAL OF SETTLEMENT** |
| | : | **AGREEMENT AND ORDER** |
| Defendant. | : | **SCHEDULING FAIRNESS HEARING** |
| | : | |

Plaintiff Alexa Brenneman and Defendant Cincinnati Bengals, Inc. respectfully move this Court for an order:

(1) Adopting the following Rule 23 class definition agreed to by the parties: all persons who were employed by the Bengals as Ben-Gal cheerleaders at any time from February 11, 2011 through January 31, 2014;

(2) Conditionally certifying the Rule 23 class for purposes of settlement and appointing class counsel;

(3) Preliminarily approving the Settlement Agreement agreed upon and executed by the parties on August 21, 2015, attached hereto as Exhibit A, for the purpose of providing notice thereof;

(4) Setting a hearing date to determine the fairness, reasonableness, and adequacy of the Settlement Agreement, and to consider class counsel's application for attorney fees; and

(5) Approving dissemination of the notice attached as Exhibit B to members of the class to advise them of class certification, class member objection and opt-out rights, the terms of the proposed settlement, and the settlement approval process.

Respectfully submitted,

/s/ Todd B. Naylor                                       /s/ Justin D. Flamm
Jeffrey S. Goldenberg (0063771)              W. Stuart Dornette (0002955)
Todd B. Naylor (0068388)                        Justin D. Flamm (0071575)
Goldenberg Schneider, LPA                      Taft Stettinius & Hollister LLP
One West Fourth Street, 18th Floor          425 Walnut Street, Suite 1800
Cincinnati, OH 45202                              Cincinnati, OH  45202-3957
Telephone: 513.345.8291                         Telephone:  513.381.2838
Facsimile: 513.345.8294                          Facsimile:  513.381.0205
jgoldenberg@gs-legal.com                      dornette@taftlaw.com
tnaylor@gs-legal.com                             flamm@taftlaw.com

Christian A. Jenkins (0070674)                Attorneys for Defendant
Minnillo & Jenkins, Co. LPA
2712 Observatory Avenue
Cincinnati, OH 45208
Telephone: 513.723.1600
Facsimile: 513.723.1620

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via the Court's CM/ECF

system this 26 day of August, 2015, which will provide notice to all counsel of record.

 /s/ Todd B. Naylor
Todd B. Naylor