# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALEXA BRENNEMAN individually, and on behalf of all those similarly situated, | CASE NO: 1:14-cv-136 |
| | JUDGE MICHAEL R. BARRETT |
| Plaintiff, | |
| vs. | |
| CINCINNATI BENGALS, INC. | PLAINTIFF'S MOTION FOR ATTORNEYS' FEES |
| Defendant. | |

Plaintiff moves pursuant to 29 U.S.C. § 216(b) and Article II, § 34a of the Ohio Constitution for an award of reasonable attorneys' fees in the amount of $140,000.00. The grounds for this Motion are set forth in the attached Memorandum. A proposed Order granting this Motion will be provided as an attachment to the Motion for Final Approval of the Class Action Settlement.

        Respectfully submitted,

        /s/ Todd B. Naylor
        Jeffrey S. Goldenberg (0063771)
        Todd B. Naylor (0068388)
        Goldenberg Schneider, LPA
        One West Fourth Street, 18th Floor
        Cincinnati, Ohio 45202
        PH: (513) 345-8291
        FAX: (513) 345-8294
        jgoldenberg@gs-legal.com
        tnaylor@gs-legal.com


        /s/ Christian A. Jenkins
        Christian A. Jenkins (0070674)
        Minnillo & Jenkins Co., LPA
        2712 Observatory Avenue
        Cincinnati, Ohio 45208

PH:  (513) 723-1600
FAX:  (513) 723-1620
cjenkins@minnillojenkins.com
niro@minnillojenkins.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system this 30 day of October, 2015, which will provide notice to all counsel of record.

/s/ Todd  B. Naylor